ORIGINAL

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
Telephone: 415.436.6816
Facsimile:  415.436.6748
Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

FILED

08 JAN 23  PM 3: 46

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1) $1,774.65 IN WELLS FARGO ACCOUNT XXXXXX4687; <br><br> 2) $4,906.28 IN BANK OF AMERICA ACCOUNT XXXXXX1479; <br><br> 3) $18,944.75 IN E*TRADE FINANCIAL ACCOUNT XXX-22920; <br><br> 4) 1998 SUZUKI SIDEKICK, VIN JS3TD21V8W4100132, CALIFORNIA LICENSE 4YYF388; AND <br><br> 5) MISCELLANEOUS FIREARMS AND AMMUNITION, <br><br> Defendants. | CV 08 No. 08-0496 PVT <br><br> **NOTICE OF FORFEITURE ACTION** |

A civil complaint seeking forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(G) was filed on January 23, 2008, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant funds, vehicle and miscellaneous firearms and ammunition.

1    In order to contest forfeiture of the *in rem* defendant funds, vehicle and miscellaneous

2    firearms and ammunition, any person who asserts an interest in or right against the properties

3    must file a verified statement identifying the interest or right within 35 days after the date of

4    service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty

5    or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of

6    the Notice of Forfeiture Action, whichever is earlier.[1]   Additionally, a claimant must serve and

7    file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil

8    Procedure within 20 days after filing the claim.  An agent, bailee or attorney must state the

9    authority to file a statement of interest or right against the property on behalf of another.

10    Statements of interest and answers should be filed with the Office of the Clerk, United

11    States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor,

12    San Francisco, California 94102, and copies should be served on Stephanie M. Hinds, Assistant

13    United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 23, 2008

STEPHANIE M. HINDS
Assistant United States Attorney

---

[1]Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as
newspaper publication of judicial forfeiture notices will be discontinued in the near future

Notice of Forfeiture Action
C 08-                                          2