JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                     )<br>       Plaintiff,  )<br>                     )<br>      v.                 )<br>                     )<br>                     )<br>1)  $1,774.65 IN WELLS FARGO  )<br>     ACCOUNT XXXXXX4687;  )<br>                     )<br>2)  $4,906.28 IN BANK OF AMERICA  )<br>     ACCOUNT XXXXXX1479;  )<br>                     )<br>3)  $18,944.75 IN E*TRADE FINANCIAL  )<br>     ACCOUNT XXX-22920;  )<br>                     )<br>4)  1998 SUZUKI SIDEKICK, VIN  )<br>     JS3TD21V8W4100132, CALIFORNIA  )<br>     LICENSE 4YYF388; AND  )<br>                     )<br>5)  MISCELLANEOUS FIREARMS AND  )<br>     AMMUNITION,  )<br>                     )<br>                     )<br>       Defendants.  )<br>_____ ) | **Case No.  CV 08-0496 PVT**<br><br>**CERTIFICATE OF SERVICE** |

*///*

*///*

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

- •    Complaint for Forfeiture;

- •    Notice of Forfeiture Action;

- •    Warrant of Arrest of Property in Rem (3)

- •    Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull;

- •    Notice of Assignment to a US Magistrate Judge;

- •    ECF Registration Information Handout; and

- •    Dispute Resolution Procedures;

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Nicholas P. Humy                          Barry Portman
Federal Public Defender's Office          Federal Public Defender's Office
160 W. Santa Clara, Suite 575             160 W. Santa Clara, Suite 575
San Jose, CA 95113                        San Jose, CA 95113
Attorney for Rahmat Abdhir                Attorney for Aysa Dong

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 29th   day of January, 2008, at San Francisco, California.


                              _____
                              /S/
                              CAROLYN JUSAY
                              Legal Assistant
                              Asset Forfeiture Unit