```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   STEPHANIE M. HINDS (CSBN 154284)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-6816
      Facsimile:  (415) 436-6748
8     Email: stephanie.hinds@usdoj.gov

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>1) $1,774.65 IN WELLS FARGO ACCOUNT XXXXXX4687;<br><br>2) $4,906.28 IN BANK OF AMERICA ACCOUNT XXXXXX1479;<br><br>3) $18,944.75 IN E*TRADE FINANCIAL ACCOUNT XXX-22920;<br><br>4) 1998 SUZUKI SIDEKICK, VIN JS3TD21V8W4100132, CALIFORNIA LICENSE 4YYF388; AND<br><br>5) MISCELLANEOUS FIREARMS AND AMMUNITION,<br><br>　　　　　Defendants. | **Case No.  CV 08-0496 JF**<br><br>**CERTIFICATE OF SERVICE** |

///

///

1  The undersigned hereby certifies that she is an employee in the Office of the United States
2  Attorney for the Northern District of California and is a person of such age and discretion to be
3  competent to serve papers.  The undersigned further certifies that she caused a copy of
4  •  Related Case Order
5  •  Clerk's Notice re CMC
6  to be served this date via first class mail delivery upon the person(s) below at the place(s) and
7  address(es) which is the last known address(es):

| | |
|---|---|
| Nicholas P. Humy<br>Federal Public Defender's Office<br>160 W. Santa Clara, Suite 575<br>San Jose, CA 95113<br>Attorney for Rahmat Abdhir | Barry Portman<br>Federal Public Defender's Office<br>160 W. Santa Clara, Suite 575<br>San Jose, CA 95113<br>Attorney for Aysa Dong |

12  I declare under penalty of perjury under the laws of the United States of America that the
13  foregoing is true and correct to the best of my knowledge.
14  Executed this   8th   day of February, 2008, at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

CERTIFICATE OF SERVICE                                                                2
CV 08-0496 JF