JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    email:     stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 08-0496 JF |
|             Plaintiff, | ) | |
|             v. | ) | **CASE MANAGEMENT CONFERENCE STATEMENT** |
| 1) $1,774.65 IN WELLS FARGO ACCOUNT XXXXXX4687; | ) | Date: May 16, 2008 |
| 2) $4,906.28 IN BANK OF AMERICA ACCOUNT XXXXXX1479; | ) | Time: 10:30 a.m.<br>Place: Hon. Jeremy Fogel |
| 3) $18,944.75 IN E*TRADE FINANCIAL ACCOUNT XXX-22920; | ) | |
| 4) 1998 SUZUKI SIDEKICK, VIN JS3TD21V8W4100132, CALIFORNIA LICENSE 4YYF388; AND | ) | |
| 5) MISCELLANEOUS FIREARMS AND AMMUNITION, | ) | |
|             Defendants. | ) | |

**1. Jurisdiction**

    This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355 and Title 18, United States Code, Section 981.

**2. Description of Case**

    This is a forfeiture action. The defendant property is subject to forfeiture, pursuant to Title 18,

United States Code, Section 981(a)(1)(G)(iv), as property belonging to Rahmat Abdhir, an individual engaged in the planning or perpetuating acts of international terrorism as defined by section 2331 against a foreign government. There government further contends that the defendant property was used or intended to be used in preparation and carrying out of violations of Title 18, United States Code, Sections 956(a)(1) and 2339A. The defendant property was seized by agents of the Federal Bureau of Investigation (FBI) on or about August 2, 2007, and is currently in the custody of the United States Marshals Service in the Northern District of California, with the exception of the defendant firearms and ammunition which is currently in the custody of the Federal Bureau of Investigation in San Jose.

**3. Service/Parties to the Action**

On January 29, 2008, the government served a copy of the complaint and other related documents on Rahmat Abdhir, through his criminal attorney Assistant Federal Public Defender Nicholas Humy, as provided for by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture. Government counsel also served notice to Aysa Dong, Rahmat Abdhir's wife, through Federal Public Defender Barry Portman, whose office provided the letter upon which Ms. Dong's administrative claim was submitted. To date, no claims have been filed in this judicial action. Out of an abundance of caution, government counsel will re-serve Ms. Dong at her residential address to insure that she receives proper notice.

**4. Anticipated Motions**

The government intends to file a motion for default if after the re-service of notice on Aysa Dong there are still no claims contesting the forfeiture of the defendant property.

**5. Related Case**

This civil forfeiture case is related to the criminal action captioned, *United States v. Rahmat Abdhir*, *et al,* CR 07-00501 JF, currently pending in this district.

DATED: 05/13/08                         /S/
                                        STEPHANIE M. HINDS
                                        Assistant United States Attorney

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

CASE MANAGEMENT CONFERENCE STATEMENT

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Nicholas P. Humy
Federal Public Defender's Office
160 W. Santa Clara, Suite 575
San Jose, CA 95113
Attorney for Rahmat Abdhir

Barry Portman
Federal Public Defender's Office
160 W. Santa Clara, Suite 575
San Jose, CA 95113
Attorney for Aysa Dong

Aysa Dong
2965 Sunwood Drive
San Jose, CA 95111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  13th   day of May, 2008, at San Francisco, California.


                                       /S/
                              CAROLYN JUSAY
                              Legal Assistant
                              Asset Forfeiture Unit