JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6816
   Facsimile:  (415) 436-6748
   Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>1) $1,774.65 IN WELLS FARGO ACCOUNT XXXXXX4687;<br><br>2) $4,906.28 IN BANK OF AMERICA ACCOUNT XXXXXX1479;<br><br>3) $18,944.75 IN E*TRADE FINANCIAL ACCOUNT XXX-22920;<br><br>4) 1998 SUZUKI SIDEKICK, VIN JS3TD21V8W4100132, CALIFORNIA LICENSE 4YYF388; AND<br><br>5) MISCELLANEOUS FIREARMS AND AMMUNITION,<br><br>              Defendants. | **Case No.  CV 08-0496 JF**<br><br>**CERTIFICATE OF SERVICE** |

///

///

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

- Complaint for Forfeiture;
- Notice of Forfeiture Action;
- Warrant of Arrest of Property in Rem (3)
- Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull;
- Notice of Assignment to a US Magistrate Judge;
- ECF Registration Information Handout;
- Dispute Resolution Procedures;
- Related Case Order; and
- Clerk's Notice re Case Management Conference

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Aysa Dong
2965 Sunwood Drive
San Jose, CA 95111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 13th   day of May, 2008, at San Francisco, California.


　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　CAROLYN JUSAY
　　　　　　　　　　　　　　　Legal Assistant
　　　　　　　　　　　　　　　Asset Forfeiture Unit