# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Judge Jeremy Fogel, Presiding**
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: May 16, 2008                                            Time in Court: 1 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Clanton

---

**TITLE:** United States Of America v. Wells Fargo Account XXXXX4687 et al
**CASE NUMBER**: C08-00496JF
Plaintiff Attorney present: Susan Knight appearing for Stephanie Hinds
Defendant Attorney present: Lara Vinnard and Varrel Fuller for Nick Humy

---

**PROCEEDINGS: Case Management Conference**


Further Case Management Conference scheduled for November 14, 2008 at 10:30 a.m.