1  AYSA DONG
   c/o Federal Public Defender's Office
2  Attn: AFPD Nicholas P. Humy
   160 West Santa Clara Street, Suite 575
3  San Jose, CA 95113
   Telephone: (408) 291-7753
4
   In Pro Per
5

**FILED**

2008 JUN -2 P ⸫ 42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,              )    No. C-08-00496 JF
                                           )
12                  Plaintiff,             )    AYSA DONG'S VERIFIED ANSWER TO
                                           )    THE UNITED STATES OF AMERICA'S
13  vs.                                    )    COMPLAINT FOR FORFEITURE
                                           )
14  1)  $1,774.65 IN WELLS FARGO           )    JURY TRIAL REQUESTED
        ACCOUNT XXXXXX4687;                )
15                                         )
    2)  $4,906.28 IN BANK OF AMERICA       )
16      ACCOUNT XXXXXX1479;                )
                                           )
17  3)  $18,944.75 IN E*TRADE              )
        FINANCIAL ACCOUNT XXX-             )
18      22920;                             )
                                           )
19  4)  1998 SUZUKI SIDEKICK, VIN          )
        JS3TD21V8W4100132,                 )
20      CALIFORNIA LICENSE 4YYF388;        )
        AND                                )
21                                         )
    5)  MISCELLANEOUS FIREARMS             )
22      AND AMMUNITION,                    )
                                           )
23                  Defendants.            )
                                           )
24  _____

25        Claimant Aysa Dong hereby answers the United States of America's ("Plaintiff's")

26  verified complaint for forfeiture, *in rem*, ("Complaint") as follows:

1  ## GENERAL DENIAL

2  Except as expressly admitted herein, Ms. Dong denies each and every allegation in the

3  Complaint.

4  ## SPECIFIC RESPONSES

5  ## JURISDICTION

6  1.    Ms. Dong ADMITS that Plaintiff asserts jurisdiction under 28 U.S.C. §§ 1345 and

7  1355, and 18 U.S.C. § 981(a)(1)(G).  To the extent that this paragraph alleges anything other than

8  the above, such allegations are DENIED.

9  ## PARTIES

10  2.    Ms. Dong ADMITS that Plaintiff is the United States of America.

11  3.    Ms. Dong responds to paragraph 3 as follows:

12      **FUNDS**

13      (a)    ADMITS that Plaintiff has named $1,774.65 in funds seized from Wells

14            Fargo Account xxxxxx4687 held in the name of Rahmat Abdhir as

15            Defendant;

16      (b)    ADMITS that Plaintiff has named $4,906.28 in funds seized from Bank of

17            America Account xxxxxx1479 held in the name of Rahmat Abdhir as

18            Defendant;

19      (c)    ADMITS that Plaintiff has named $18,944.75 in funds seized from

20            E*Trade Financial Account xxx-22920 (also identified by account number

21            xxxxxxxxxx1814) held in the name of Rahmat Abdhir as Defendant;

22      **CONVEYANCE**

23      (d)    ADMITS that Plaintiff has named 1998 Suzuki Sidekick, VIN

24            JS3TD21V8W4100132, California License 4YYF388, as Defendant;

25

26

**FIREARMS AND AMMUNITION**[1]

(e)  ADMITS that Plaintiff has named Pack West Arms Commando .223 Caliber Rifle, Serial Number 44177, as Defendant;

(f)  ADMITS that Plaintiff has named Ceska Zbrojovka Model CZ52 .762 caliber pistol, Serial Number FK14699, with a gun lock, as Defendant;

(g)  ADMITS that Plaintiff has named Romanian SAR1 .762 caliber AK-47 type rifle, Serial Number S1-17323-2000, as Defendant;

(h)  ADMITS that Plaintiff has named Russian SKS or M45 .762 caliber rifle, Serial Number CCCP17287, as Defendant;

(i)  ADMITS that Plaintiff has named Romanian Romak3 (Dragunov) .762 caliber rifle, Serial Number R46872000, as Defendant;

(k)[2]  ADMITS that Plaintiff has named Russian Mosin Nagant M44 .762 caliber rifle, Serial Number 44633, as Defendant;

(l)  ADMITS that Plaintiff has named 11 empty magazines (2 silver) as Defendant;

(m)  ADMITS that Plaintiff has named One Barrel in a soft zipper case as Defendant;

(n)  ADMITS that Plaintiff has named One Bayonet as Defendant;

(o)  ADMITS that Plaintiff has named Green ammunition box containing 13 unopened packs of ammunition as Defendant;

(p)  ADMITS that Plaintiff has named 54 loose rounds as Defendant;

(q)  ADMITS that Plaintiff has named 2 black magazines as Defendant;

---

[1]Ms. Dong does not asset any interest or rights in the property identified in subparagraphs (e) through (s).

[2]The Complaint omits a subparagraph (j), proceeding directly from (i) to (k). This Answer follows the format of the Complaint.

(r)    ADMITS that Plaintiff has named 7 boxes of Wolf ammunition as Defendant; and

(s)    ADMITS that Plaintiff has named 4 boxes of Centerfire ammunition as Defendant.

4.    Ms. Dong is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

5.    Ms. Dong is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

**VENUE**

6.    Ms. Dong ADMITS that Plaintiff asserts venue lies in the Northern District of California pursuant to 28 U.S.C. §§ 1355(b) and 1395(a) and (b).  To the extent that this paragraph alleges anything other than the above, such allegations are DENIED.

**INTRADISTRICT ASSIGNMENT**

7.    Ms. Dong is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

**FACTS**

8.    Ms. Dong incorporates by reference her specific responses to paragraphs 1 through 7.

9.    Ms. Dong is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

10.    Ms. Dong is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

11.    Ms. Dong is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them.

12.    Ms. Dong is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and, on this basis, DENIES them. ·

1     13.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

2   allegations contained in this paragraph and, on this basis, DENIES them.

3     14.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

4   allegations contained in this paragraph and, on this basis, DENIES them.

5     15.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

6   allegations contained in this paragraph and, on this basis, DENIES them.

7     16.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

8   allegations contained in this paragraph and, on this basis, DENIES them.

9     17.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

10  allegations contained in this paragraph and, on this basis, DENIES them.

11    18.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

12  allegations contained in this paragraph and, on this basis, DENIES them.

13    19.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

14  allegations contained in this paragraph and, on this basis, DENIES them.

15    20.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

16  allegations contained in this paragraph and, on this basis, DENIES them.

17    21.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

18  allegations contained in this paragraph and, on this basis, DENIES them.

19    22.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

20  allegations contained in this paragraph and, on this basis, DENIES them.

21    23.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

22  allegations contained in this paragraph and, on this basis, DENIES them.

23    24.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

24  allegations contained in this paragraph and, on this basis, DENIES them.

25    25.     Ms. Dong is without sufficient knowledge or information to form a belief as to the

26  allegations contained in this paragraph and, on this basis, DENIES them.

1    26.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

2    allegations contained in this paragraph and, on this basis, DENIES them.

3    27.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

4    allegations contained in this paragraph and, on this basis, DENIES them.

5    28.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

6    allegations contained in this paragraph and, on this basis, DENIES them.

7    29.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

8    allegations contained in this paragraph and, on this basis, DENIES them.

9    30.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

10   allegations contained in this paragraph and, on this basis, DENIES them.

11   31.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

12   allegations contained in this paragraph and, on this basis, DENIES them.

13   32.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

14   allegations contained in this paragraph and, on this basis, DENIES them.

15   33.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

16   allegations contained in this paragraph and, on this basis, DENIES them.

17   34.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

18   allegations contained in this paragraph and, on this basis, DENIES them.

19   35.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

20   allegations contained in this paragraph and, on this basis, DENIES them.

21   36.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

22   allegations contained in this paragraph and, on this basis, DENIES them.

23   37.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

24   allegations contained in this paragraph and, on this basis, DENIES them.

25   38.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

26   allegations contained in this paragraph and, on this basis, DENIES them.

1      39.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
2  allegations contained in this paragraph and, on this basis, DENIES them.

3      40.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
4  allegations contained in this paragraph and, on this basis, DENIES them.

5      41.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
6  allegations contained in this paragraph and, on this basis, DENIES them.

7      42.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
8  allegations contained in this paragraph and, on this basis, DENIES them.

9      43.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
10  allegations contained in this paragraph and, on this basis, DENIES them.

11      44.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
12  allegations contained in this paragraph and, on this basis, DENIES them.

13      45.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
14  allegations contained in this paragraph and, on this basis, DENIES them.

15      46.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
16  allegations contained in this paragraph and, on this basis, DENIES them.

17      47.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
18  allegations contained in this paragraph and, on this basis, DENIES them.

19      48.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
20  allegations contained in this paragraph and, on this basis, DENIES them.

21      49.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
22  allegations contained in this paragraph and, on this basis, DENIES them.

23      50.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
24  allegations contained in this paragraph and, on this basis, DENIES them.

25      51.    Ms. Dong is without sufficient knowledge or information to form a belief as to the
26  allegations contained in this paragraph and, on this basis, DENIES them.

1    52.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

2    allegations contained in this paragraph and, on this basis, DENIES them.

3    53.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

4    allegations contained in this paragraph and, on this basis, DENIES them.

5    54.    Ms. Dong is without sufficient knowledge or information to form a belief as to the

6    allegations contained in this paragraph and, on this basis, DENIES them.

7                        **CLAIM FOR RELIEF**

8                      **18 U.S.C. § 981(a)(1)(G)(iv)**

9    55.    Ms. Dong incorporates by reference her specific responses to paragraphs 1 through

10   54.

11   56.    The allegations in paragraph 56 contain a legal conclusion to which no response is

12   required. To the extent this paragraph requires a response, such allegations are DENIED.

13   57.    The allegations in paragraph 57 contain a legal conclusion to which no response is

14   required. To the extent this paragraph requires a response, such allegations are DENIED.

15   58.    Ms. Dong DENIES the allegations set forth in this paragraph.

16          **AFFIRMATIVE DEFENSES AS TO ALL CAUSES OF ACTION**

17          As separate and distinct affirmative defenses to the Complaint, and to each and every

18   purported cause of action therein, Ms. Dong is informed and believes, and thereon alleges, as

19   follows:

20                      **FIRST AFFIRMATIVE DEFENSE**
                         **(Failure to State a Claim)**
21
            The Complaint, and each purported cause of action set forth therein, fails to state a claim
22
     upon which relief can be granted against $1,774.65 in funds seized from Wells Fargo Account
23
     xxxxxx4687.
24
                       **SECOND AFFIRMATIVE DEFENSE**
25                       **(Failure to State a Claim)**

26          The Complaint, and each purported cause of action set forth therein, fails to state a claim

Aysa Dong's Verified Answer
(Case No. C-08-00496 JF)                    8

1 upon which relief can be granted against $4,906.28 in funds seized from Bank of America

2 Account xxxxxx1479.

3 ### THIRD AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

4

5 The Complaint, and each purported cause of action set forth therein, fails to state a claim

6 upon which relief can be granted against $18,944.75 in funds seized from E*Trade Financial

7 Account xxx-22920 (also identified by account number xxxxxxxxxx1814).

### FOURTH AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

8

9 The Complaint, and each purported cause of action set forth therein, fails to state a claim

10 upon which relief can be granted against 1998 Suzuki Sidekick, VIN JS3TD21V8W4100132,

11 California License 4YYF388.

12 ### FIFTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

13

14 Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, by

the applicable statute of limitations.

15

16 ### SIXTH AFFIRMATIVE DEFENSE
### (Laches)

17 Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part, by

18 the doctrine of laches.

19 ### SEVENTH AFFIRMATIVE DEFENSE
### (Innocent Owner)

20

21 Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part,

22 because Ms. Dong is an innocent owner of defendant funds and vehicle, pursuant to 18 U.S.C. §

983(d).

23

24 ### EIGHTH AFFIRMATIVE DEFENSE
### (Eighth Amendment)

25 Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part,

26 because forfeiture of the defendant funds and vehicle would be excessive, in violation of the

1  Eighth Amendment of the United States Constitution.

2  ### NINTH AFFIRMATIVE DEFENSE
### (Ex Post Facto)
3

4  Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part,

5  because forfeiture of the defendant funds and vehicle under 18 U.S.C. § 981(a)(1)(A) violates the

   Ex Post Facto Clause of Article I, §§ 9 and 10 of the United States Constitution.
6

7  ### TENTH AFFIRMATIVE DEFENSE
### (Lack of Particularity)

8  Plaintiff's alleged causes of action, and each of them, are barred, in whole or in part,

9  because the Complaint does not contain sufficient particularity to satisfy Rule E(2) of the

10 Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil

11 Procedure.

12 ### PRAYER FOR RELIEF

13 Ms. Dong prays for the following relief against Plaintiff:

14    1.    Plaintiff take nothing by the Complaint;

15    2.    The Complaint be dismissed with prejudice;

16    3.    Judgment be entered against Plaintiff and in favor of Ms. Dong;

17    4.    Such other and further relief as is just and proper.

18 ### DEMAND FOR JURY TRIAL

19 Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Ms. Dong hereby demands a

20 trial by jury as to all issues so triable in the Complaint.

21

22 Dated: June 2, 2008

23                                 Respectfully submitted,

24

25                                 AYSA DONG
                                   In Pro Per
26

Aysa Dong's Verified Answer
(Case No. C-08-00496 JF)                10

1

## <u>VERIFICATION</u>

2      I, Aysa Dong, hereby declare under penalty of perjury that I have read the foregoing

3   AYSA DONG'S VERIFIED ANSWER TO THE UNITED STATES OF AMERICA'S

4   COMPLAINT FOR FORFEITURE and know the contents thereof, and that it is true and correct

5   from my own knowledge, except as to those matters stated upon information and belief, and as to

6   those matters I and informed and believe them to be true.

7      Executed this 2nd day of June, 2008, at San Jose, California.

8

9                                              _____

10                                              AYSA DONG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Aysa Dong's Verified Answer
(Case No. C-08-00496 JF)          11