1  AYSA DONG
   c/o Federal Public Defender's Office
2  Attn: AFPD Nicholas P. Humy
   160 West Santa Clara Street, Suite 575
3  San Jose, CA  95113
   Telephone: (408) 291-7753
4
   In Pro Per

FILED

2008 JUN -2  P 3 42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>1)  $1,774.65 IN WELLS FARGO ACCOUNT XXXXXX4687;<br><br>2)  $4,906.28 IN BANK OF AMERICA ACCOUNT XXXXXX1479;<br><br>3)  $18,944.75 IN E*TRADE FINANCIAL ACCOUNT XXX-22920;<br><br>4)  1998 SUZUKI SIDEKICK, VIN JS3TD21V8W4100132, CALIFORNIA LICENSE 4YYF388; AND<br><br>5)  MISCELLANEOUS FIREARMS AND AMMUNITION,<br><br>    Defendants. | No. C-08-00496 JF<br><br>AYSA DONG'S 18 U.S.C. § 983(a)(4)(A) AND RULE C(6)(A) VERIFIED STATEMENT |

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule C(6)(A) of the Supplemental Rules for

Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Claimant Aysa

1  Dong hereby asserts her interest and right in, and demands restitution of the following property:

2    (a) $1,774.65 in funds seized from Wells Fargo Account xxxxxx4687;

3    (b) $4,906.28 in funds seized from Bank of America Account xxxxxx1479;

4    (c) $18,944.75 in funds seized from E*Trade Financial Account xxx-22920

5      (also identified by account number xxxxxxxxx1814);

6    (d) 1998 Suzuki Sidekick, VIN JS3TD21V8W4100132, California License

7      4YYF388.

8   By virtue of her interest and rights in the above-listed property, Ms. Dong asserts that:

9   1. She has ownership in the property listed above at (a) through (d); and

10  2. By virture of her ownership interest in the property listed above at (a) through (d),

11 Ms. Dong declares her right to defend this action and demands restitution of this

12 property.

13  I declare under penalty of perjury that the foregoing is true and correct, except for those

14 matters stated on information and belief, and as to those matters, I am informed and believe them

15 to be true.

16  Executed this 2nd day of June, 2008, at San Jose, California.

17

18             _____
             AYSA DONG