1  AYSA DONG
   c/o Federal Public Defender's Office
2  Attn: AFPD Nicholas P. Humy
   160 West Santa Clara Street, Suite 575
3  San Jose, CA 95113
   Telephone: (408) 291-7753
4
   In Pro Per
5

**FILED**

2008 JUN -3 P 3: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. C-08-00496 JF |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| 1) $1,774.65 IN WELLS FARGO ACCOUNT XXXXXX4687; | |
| 2) $4,906.28 IN BANK OF AMERICA ACCOUNT XXXXXX1479; | |
| 3) $18,944.75 IN E*TRADE FINANCIAL ACCOUNT XXX-22920; | |
| 4) 1998 SUZUKI SIDEKICK, VIN JS3TD21V8W4100132, CALIFORNIA LICENSE 4YYF388; AND | |
| 5) MISCELLANEOUS FIREARMS AND AMMUNITION, | |
| Defendants. | |

///

///

PROOF OF SERVICE
CASE NO. C-08-00496-JF                    1

1     I, Nanetta Bernal, declare that:

2 I am employed in the County of Santa Clara, State of California.

3 I am over the age of eighteen years, and not a party to the above captioned case. My business

4 address is 160 W. Santa Clara Street, Suite 575, San Jose, California 95113.

5     I hereby certify that two copies of the foregoing:

6   1.   **AYSA DONG'S VERIFIED ANSWER TO THE UNITED STATES OF AMERICA'S COMPLAINT FOR FORFEITURE (Filed-Endorsed Copy);**
7   2.   **AYSA DON'S 18 U.S.C. §983(a)(4)(A) AND RULE C(6)(A) VERIFIED STATEMENT (Filed-Endorsed Copy).**

8

9 was served today by first class mail by placing a true copy of each such document(s) in a sealed

10 envelope with postage thereon fully paid, either in a U.S. mailbox or in the designated area for

11 outgoing U.S. mail in accordance with the normal practice of the United States Attorney's Office.

12

13 Stephanie M. Hinds
Assistant United States Attorney
14 450 Golden Gate Avenue
Box 36055
15 San Francisco, CA 94102
Tel. (415) 436-6816
16 Fax (415) 436-6748

17     I declare under penalty of perjury under the laws of the State of California that the

18 foregoing is true and correct.

19     Executed this 3rd day of June, 2008, at San Jose, California.

20

21 _____
NANETTA BERNAL
22 Legal Secretary of the Federal Public Defender

23

24

25

26

PROOF OF SERVICE
CASE NO. C-08-00496-JF      2