JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-6816
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>1) $1,774.65 IN WELLS FARGO ACCOUNT XXXXXX4687;<br><br>2) $4,906.28 IN BANK OF AMERICA ACCOUNT XXXXXX1479;<br><br>3) $18,944.75 IN E*TRADE FINANCIAL ACCOUNT XXX-22920;<br><br>4) 1998 SUZUKI SIDEKICK, VIN JS3TD21V8W4100132, CALIFORNIA LICENSE 4YYF388; AND<br><br>5) MISCELLANEOUS FIREARMS AND AMMUNITION,<br><br>    Defendants.<br><br>AYSA DONG,<br><br>    Claimant. | No. CV 08-0496 JF<br><br>SETTLEMENT STIPULATION AND [PROPOSED] ORDER OF FORFEITURE |

In full settlement of all claims and disputes arising from and related to the captioned forfeiture action, plaintiff United States of America, and claimant Aysa Dong, hereby stipulate and agree as follows:

1. On January 23, 2003, plaintiff commenced a civil action seeking forfeiture of the following defendant properties;

   A. $1,774.65 in Wells Fargo Account XXXXXX4687
   B. $4,906.28 in Bank of America Account XXXXXX1479
   C. $18,944.75 in E*Trade Financial Account XXX-22920
   D. 1998 Suzuki Sidekick, VIN JS3TD21V8W4100132
   E. Miscellaneous Firearms and Ammunition ("hereinafter defendant property")

2. Aysa Dong is the sole claimant to the defendant property A-D. No claims were filed to defendant property E.

3. Claimant Aysa Dong admits that sufficient evidence exists to establish the forfeiture of $18,944.75 in E*Trade Financial Account XXX-22920 and the Miscellaneous Firearms and Ammunition, pursuant to Title 18, United States Code, Section 981(a)(1)(G)(iv). Aysa Dong further relinquishes all right, title and interest in said $18,944.75 in E*Trade Financial Account XXX-22920 and the Miscellaneous Firearms and Ammunition, and agrees that said funds and firearms and ammunition shall be forfeited to the United States and disposed of according to law by the appropriate designated agency without further notice to her

4. The remaining funds namely $1,774.65 in Wells Fargo Account XXXXXX4687 (plus any and all interest) and $4,906.28 in Bank of America Account XXXXXX1479 (plus any and all interest) and the 1998 Suzuki Sidekick shall be returned to Claimant Aysa Dong, in care of ~~her attorney~~ Nicholas Humy, whose business address is 160 West Santa Clara Street, Suite 575, San Jose, CA 95113, telephone number (408) 291-7753. Such payment shall be in full settlement and satisfaction of any and all claims by claimant Aysa Dong, her heirs, representatives and assignees to the defendant property indirectly or directly related to this action.

5. Claimant Aysa Dong, her heirs, representatives and assignees, shall hold harmless the

|   |   |
|---|---|
| 1 | United States, any and all agents, officers, representatives and employees of same, including all |
| 2 | federal and local enforcement officers, for any and all acts directly or indirectly related to the |
| 3 | seizure, detention and forfeiture of the defendant property. |

6. Each party shall pay its own attorney fees and costs.

DATED: 8/24/09

JOSEPH P. RUSSONIELLO
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

~~DATED:~~

NICHOLAS HUMY
Attorney for Claimant Aysa Dong

DATED: 08/7/09

AYSA DONG
Claimant

*SETTLEMENT AGREEMENT &*
*[PROPOSED] ORDER OF FORFEITURE*
*CV 08-0496 JF*

*3*

## FINAL ORDER OF FORFEITURE

Based upon the above stipulation, all pleadings filed herein, the Court hereby finds that sufficient evidence exists to establish forfeiture of the $18,944.75 in E*Trade Financial Account XXX-22920 and the Miscellaneous Firearms and Ammunition as alleged in the Complaint for Forfeiture.

Accordingly, IT IS HEREBY ORDERED that $18,944.75 in E*Trade Financial Account XXX-22920 and the Miscellaneous Firearms and Ammunition shall be, and hereby are, forfeited pursuant to Title 18, United States Code, Section 981(a)(1)(G)(iv) without further notice to Claimant Aysa Dong. All right, title and interest in said defendant funds and firearms and ammunition are hereby vested in the United States of America.

IT IS FURTHER ORDERED that the remaining funds namely $1,774.65 in Wells Fargo Account XXXXXX4687 (plus any and all interest) and $4,906.28 in Bank of America Account XXXXXX1479 (plus any and all interest) and the 1998 Suzuki Sidekick shall be returned to Claimant Aysa Dong, in care of ~~her attorney~~ Nicholas Humy, whose business address is 160 West Santa Clara Street, Suite 575, San Jose, CA 95113, telephone number (408) 291-7753. Such payment shall be in full settlement and satisfaction of any and all claims by claimant Aysa Dong, her heirs, representatives and assignees to the defendant property indirectly or directly related to this action.

IT IS FURTHER ORDERED that claimant Aysa Dong, her heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal and local enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and forfeiture of the defendant property.

IT IS FURTHER ORDERED that each party bear its own costs and attorneys fees.

IT IS FURTHER ORDERED that the United States, through the appropriate designated agency, shall dispose of the forfeited property according to law.

IT IS SO ORDERED.

1  DATED: 8/26/09

*[signature]*
JEREMY FOGEL
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of SETTLEMENT STIPULATION AND [PROPOSED] ORDER OF FORFEITURE to be served this date by U. S. first class mail delivery upon the person below at the place and address which is the last known address:

Aysa Dong
c/o
Nicholas P. Humy, Esq
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of ~~May~~ August, 2009 at San Francisco, California.

*[signature]*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

*SETTLEMENT AGREEMENT &*
*[PROPOSED] ORDER OF FORFEITURE*
*CV 08-0496 JF*                                              5